IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**THOMAS M. HENDLEY** **PLAINTIFF**
Reg. #54647-019

v.                    CASE NO. 2:20-CV-00044-BSM

**ROBERT WEAVER,** *et al.* **DEFENDANTS**

## ORDER

Having carefully reviewed the record, Magistrate Judge J. Thomas Ray's proposed findings and recommendations [Doc. No. 10] is adopted.

Hendley may proceed with his *Bivens* claim against Hunt, Weaver, and Mulholland, in their individual capacities, based on retaliation and equal protection theories. Hendley's claim against UNICOR is dismissed with prejudice. Hendley's individual-capacity *Bivens* claims against Holmes, Harris, and Bashaw are dismissed. Hendley's official-capacity *Bivens* claim against all defendants is dismissed with prejudice. Hendley's FTCA claim against all defendants is dismissed. UNICOR, Holmes, Harris, Bashaw, and Federal Prison Ind., Inc. are removed as parties. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 5th day of March, 2021.

                                                        UNITED STATES DISTRICT JUDGE