IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**THOMAS M. HENDLEY**  **PLAINTIFF**
*Reg #54647-019*

v.                    CASE NO. 2:20-CV-00044-BSM

**ROBERT WEAVER, Factory Manager,**
**FCI - Forrest City Low,** *et al.*                    **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 37] is adopted. Defendants' motion for summary judgment [Doc. No. 31] is granted, and Hendley's claims are dismissed with prejudice. Defendants' motion for judgment on the pleadings [Doc. No. 31] is denied as moot.

IT IS SO ORDERED this 1st day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE