IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**THOMAS M. HENDLEY**  **PLAINTIFF**
*Reg #54647-019*

v.   CASE NO. 2:20-CV-00044-BSM

**ROBERT WEAVER, Factory Manager,**
**FCI - Forrest City Low,** *et al.*   **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE